# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152405

In re BARROS/McEACHERN/STURMAN,
Minors.

SC: 152405
COA: 325753
Washtenaw CC Family Division:
13-000003-NA; 13-000004-NA;
13-000005-NA

_____/

On order of the Court, the application for leave to appeal the September 8, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2015



Clerk

s1027